IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-cr-40050-SMY ) |
| KEVIN W. PAGE, | ) ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

On January 28, 2020, Defendant Kevin W. Page was sentenced to 180 months imprisonment after pleading guilty to conspiracy to distribute methamphetamine (Doc. 99). According to the Bureau of Prisons inmate locator, Page is currently housed at USP-Lewisburg in Lewisburg, PA, and his projected release date is April 20, 2031. *See*, https://www.bop.gov/inmateloc/ (last visited July 18, 2022).

Now pending before the Court is Page's Motion for Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A), in which he seeks release due to the COVID-19 global pandemic (Doc. 95). The Government has responded in opposition (Doc. 99). For the following reasons, the motion is **DENIED**.

## Background

COVID-19 is a contagious virus that continues to spread across the United States. Individuals with certain pre-existing medical conditions, such as cancer, chronic lung diseases and serious heart conditions, and those who are of 65 years of age and older, are at a higher risk of severe illness from the virus. *People with Medical Conditions*, CENTERS FOR DISEASE CONTROL

& PREVENTION, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last visited July 18, 2022).

Page is 42 years old and asserts that he has several medical conditions that would increase his risk of severe illness or death if he were to contract COVID-19, including "high blood pressure, hypertension obesity, anemia, neurological issues, and several mental health disorders." He also states that he suffers from a weakened immune system and is a former smoker. Page is vaccinated against COVID-19, having received the Johnson and Johnson vaccine on September 14, 2021, and a booster shot on December 6, 2021 (Doc. 99-2 p. 131, 171, 183).

As of July 18, 2022, USP-Lewisburg has no positive COVID-19 cases among inmates or staff members. *See* https://www.bop.gov/coronavirus/ (last visited July 18, 2022). Since the beginning of the pandemic, USP-Lewisburg has had one inmate death due from COVID-19, no staff member deaths, and 321 inmates and 171 staff members have recovered from the virus. *Id.*

## Discussion

Section 603 (b)(1) of the First Step Act permits the Court to reduce a term of imprisonment upon motion of either the Director of the Bureau of Prisons ("BOP") or a defendant for "extraordinary or compelling reasons" so long as the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A)(i). A defendant seeking compassionate release must first request that the BOP file a motion seeking the same. *Id*. If the BOP declines to file a motion, the defendant may file a motion on his own behalf, provided he has either exhausted administrative remedies or 30 days have elapsed since the warden at his institution received such a request, whichever is earliest. *Id*.

The spread of COVID-19 has presented extraordinary and unprecedented challenges for the country and continues to represent a serious issue for prisons. Due to the infectious nature of

the virus, the Centers for Disease Control and Prevention (CDC) and state governments have advised individuals to remain up to date on their COVID-19 vaccinations. *Stay Up to Date with Your COVID-19 Vaccines*, CENTERS FOR DISEASE CONTROL & PREVENTION, https://www.cdc.gov/coronavirus/ 2019-ncov/vaccines/stay-up-to-date.html (last visited July 18, 2022). "For the many prisoners who seek release based on the special risks created by COVID-19 for people living in close quarters, vaccines offer relief far more effective than a judicial order." *United States v. Broadfield* 5 F.4th 801, 803 (7th Cir. 2021). Thus, unless a prisoner can prove that he is "unable to receive or benefit from a vaccine," the widespread availability of COVID-19 vaccination prevents the risk of the virus from being an "extraordinary and compelling reason for immediate release." *Id. (See also*, *United States v. Ugbah*, 4 F.4th 595 (7th Cir. 2021)).

While Page alleges that he is at an increased risk of contracting COVID-19 and suffering severe illness or death due to preexisting medical conditions, he has not established that he is unable to receive or benefit from the vaccines. In fact, he was vaccinated on September 14, 2021, and received a booster shot on December 6, 2021. As such, he is at no higher risk for severe illness or death from the virus in prison than he would be if he were to be released. *See*, *United States v. Barbee*, 25 F.4th 531, 533 (7th Cir. 2022); *United States v. Clinton*, 22-1005, 2022 WL 2298178, at *1 (7th Cir. June 27, 2022).

For the foregoing reasons, Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A) (Doc. 95) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  July 25, 2022**

**STACI M. YANDLE**
**United States District Judge**